17 So.2d 190

**Herbert YOUNG v. STATE.**

**8 Div. 394.**

Court of Appeals of Alabama.
Jan. 11, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

SIMPSON, Judge.

Appeal dismissed, motion of appellant.

17 So.2d 190

**James YOUNG v. STATE.**

**6 Div. 6.**

Court of Appeals of Alabama.
Jan. 11, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed.